**Frank LANGELLA, Plaintiff–Appellant,**

v.

**UNITED STATES OF AMERICA, Mary Jo White, Defendants–Appellees.**

No. 02–6190.

United States Court of Appeals, Second Circuit.

July 2, 2003.

**660**

Frank Langella, Yonkers, NY, for Appellant, pro se.

Andrew D. O'Toole, Assistant United States Attorney for the Southern District of New York (Meredith E. Kotler, Assistant United States Attorney, of counsel, James B. Comey, United States Attorney, on the brief), New York, NY, for Appellees.

PRESENT: STRAUB, POOLER, Circuit Judges, and HURD, District Judge.*

*SUMMARY ORDER*

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 2nd day of July, two thousand and three.

AFTER ARGUMENT AND UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is hereby AFFIRMED.

Plaintiff–Appellant Frank Langella, *pro se*, appeals from a judgment of the United States District Court for the Southern District of New York (Alvin K. Hellerstein,

*Judge*) entered June 12, 2002, granting Defendants–Appellees' motion to dismiss Langella's complaint in its entirety pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

For substantially the reasons set forth in the District Court's June 4, 2002 Memorandum and Order granting the motion to dismiss, we AFFIRM the judgment of the District Court.